RECEIVED
IN MONROE, LA
DEC 7 - 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| SYBIL H. AARON, ET AL | CIVIL ACTION NO. 3:06CV2322 |
| VERSUS | JUDGE ROBERT G. JAMES |
| DOLLAR GENERAL, ET AL | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 37], noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiffs' Complaint be and is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b) and the inherent power of the Court for failure to prosecute and to comply with orders of the Court. All pending motions are DENIED AS MOOT.

MONROE, LOUISIANA, this 7 day of December, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE